1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   Reema M. El-Amamy (Cal. Bar No. 237743)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5  Jeremiah Levine (Cal. Bar No. 237743)
   Assistant United States Attorney
6  Violent and Organized Crime Section
        1500 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-0552/8323
        Facsimile: (213) 894-2927
9       E-mail:    Reema.El-Amamy@usdoj.gov
                   Jeremiah.Levine@usdoj.gov
10

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12

13                  UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,          Case No. 2:24-cr-00570-WLH

16           Plaintiff,               STIPULATION REGARDING REQUEST FOR
                                      (1) CONTINUANCE OF TRIAL DATE AND
17           v.                       (2) FINDINGS OF EXCLUDABLE TIME
                                      PERIODS PURSUANT TO SPEEDY TRIAL
18 CLAIRE PATRICIA HAVILAND, et       ACT
   al.,
19 CLAIRE PATRICIA HAVILAND (1),      **CURRENT TRIAL DATES:**  11/25/2024
   BRIAN GLENN EKELUND (2),           and 12/2/2024
20 STEVEN MICHAEL SILVERBERG (5),     **PROPOSED TRIAL DATE:**  2/24/2026
   CORY DANIEL SIMS (7),
21 ROBERT M. SLAYTON (11),            **CURRENT PRETRIAL CONFERENCE DATES:**
   MICHAEL VITANZA (12),              11/15/2024 and 11/22/2024
22 PAUL JOHN PICHIE (13),             **PROPOSED PRETRIAL CONFERENCE DATE:**
   GUY MANNING WILLS (15),            2/13/2026
23 CHARISSA MARIE CHOTARD (16),
   JULIE ANN ROMERO (17),
24 CYNTHIA VAN VLYMEN (18),
   PAGET GARY EKELUND (21),
25 SCOTT JOSHUA VENNUM (22),
   MICHAEL ANTHONY CHATTERTON (23),
26 CHRISTOPHER CRAIG (25),
   GABRIELA IBARRA (26),
27 KEVIN D. FRANCIS (28),
   RICHARD KEVIN RILEY (29),
28 ADAM L. RODNEY (32),

CHRISTOPHER PATRICK POLLAY
     (34),
TARA JANE BECKWITH (36),
ALBERT ETHAN EKLUND (42),
CIARA JACOBS (44),
ROBERT ANTHONY BAKER (46),
JAMES ALLEN THAEMERT (51),
DAVID MITCHELL SHAPIRO (52),
SEAN CRAIG GLUCKMAN (53),
CHRISTOPHER MARK PREVEDELLO
(56),
HENISI UTSLER (59),
REBEKA ANNA BENEDICT (60),
TANYA NURRIA RESNICK (64), and
CODY SEAN CHAN (67),

               Defendants.

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and Jeremiah Levine, and defendants CLAIRE PATRICIA HAVILAND (1), BRIAN GLENN EKELUND (2), CORY DANIEL SIMS (7), ROBERT M. SLAYTON (11), MICHAEL VITANZA (12), PAUL JOHN PICHIE (13), GUY MANNING WILLS (15), CHARISSA MARIE CHOTARD (16), CYNTHIA VAN VLYMEN (18), PAGET GARY EKELUND (21), MICHAEL ANTHONY CHATTERTON (23), CHRISTOPHER CRAIG (25), GABRIELA IBARRA (26), KEVIN D. FRANCIS (28), ADAM L. RODNEY (32), CHRISTOPHER PATRICK POLLAY (34), ALBERT ETHAN EKLUND (42), CIARA JACOBS (44), DAVID MITCHELL SHAPIRO (52), SEAN CRAIG GLUCKMAN (53), HENISI UTSLER (59), and CODY SEAN CHAN (67) ("defendant"), both individually and by and through their counsel of record, hereby stipulate as follows:

1.    The Indictment in this case was made public on October 2, 2024.  Defendants CLAIRE PATRICIA HAVILAND (1), BRIAN GLENN EKELUND

(2), STEVEN MICHAEL SILVERBERG (5), CORY DANIEL SIMS (7), ROBERT M. SLAYTON (11), MICHAEL VITANZA (12), PAUL JOHN PICHIE (13), GUY MANNING WILLS (15), CHARISSA MARIE CHOTARD (16), JULIE ANN ROMERO (17), CYNTHIA VAN VLYMEN (18), PAGET GARY EKELUND (21), SCOTT JOSHUA VENNUM (22), MICHAEL ANTHONY CHATTERTON (23), CHRISTOPHER CRAIG (25), GABRIELA IBARRA (26), KEVIN D. FRANCIS (28), RICHARD KEVIN RILEY (29), ADAM L. RODNEY (32), CHRISTOPHER PATRICK POLLAY (34), ALBERT ETHAN EKLUND (42), CIARA JACOBS (44), ROBERT ANTHONY BAKER (46), JAMES ALLEN THAEMERT (51), DAVID MITCHELL SHAPIRO (52), SEAN CRAIG GLUCKMAN (53), CHRISTOPHER MARK PREVEDELLO (56), HENISI UTSLER (59), REBEKA ANNA BENEDICT (60), TANYA NURRIA RESNICK (64), and CODY SEAN CHAN (67) first appeared before a judicial officer of the court in which the charges in this case were pending on October 2, 2024. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before December 11, 2024.

2.    Defendant TARA JANE BECKWITH (36) first appeared before a judicial officer of the court in which the charges in this case were pending on October 11, 2024. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before December 20, 2024.

3.    Additional defendants in this matter made appearances the week of October 21, 2024 or later, are presently in state custody, and have yet to make their initial appearance, or are presently fugitives.

4.    On October 2, 2024, the Court set a trial date of November 25, 2024, and a Pretrial Conference date of November 15, 2024 for CLAIRE PATRICIA HAVILAND (1), BRIAN GLENN EKELUND (2), STEVEN MICHAEL SILVERBERG (5), CORY DANIEL SIMS (7), ROBERT M. SLAYTON (11), MICHAEL

3

VITANZA (12), PAUL JOHN PICHIE (13), GUY MANNING WILLS (15), CHARISSA MARIE CHOTARD (16), JULIE ANN ROMERO (17), CYNTHIA VAN VLYMEN (18), PAGET GARY EKELUND (21), SCOTT JOSHUA VENNUM (22), MICHAEL ANTHONY CHATTERTON (23), CHRISTOPHER CRAIG (25), GABRIELA IBARRA (26), KEVIN D. FRANCIS (28), RICHARD KEVIN RILEY (29), ADAM L. RODNEY (32), CHRISTOPHER PATRICK POLLAY (34), ALBERT ETHAN EKLUND (42), CIARA JACOBS (44), ROBERT ANTHONY BAKER (46), JAMES ALLEN THAEMERT (51), DAVID MITCHELL SHAPIRO (52), SEAN CRAIG GLUCKMAN (53), CHRISTOPHER MARK PREVEDELLO (56), HENISI UTSLER (59), REBEKA ANNA BENEDICT (60), TANYA NURRIA RESNICK (64), and CODY SEAN CHAN (67).

5.    On October 11, 2024, the Court set a trial date of December 2, 2024, and a Pretrial Conference date of November 22, 2024 for defendant TARA JANE BECKWITH (36).

6.    Defendants CLAIRE PATRICIA HAVILAND (1), BRIAN GLENN EKELUND (2), CORY DANIEL SIMS (7), ROBERT M. SLAYTON (11), MICHAEL VITANZA (12), PAUL JOHN PICHIE (13), GUY MANNING WILLS (15), CHARISSA MARIE CHOTARD (16), JULIE ANN ROMERO (17), CYNTHIA VAN VLYMEN (18), PAGET GARY EKELUND (21), SCOTT JOSHUA VENNUM (22), MICHAEL ANTHONY CHATTERTON (23), GABRIELA IBARRA (26), KEVIN D. FRANCIS (28), RICHARD KEVIN RILEY (29), ADAM L. RODNEY (32), TARA JANE BECKWITH (36), ALBERT ETHAN EKLUND (42), CIARA JACOBS (44), ROBERT ANTHONY BAKER (46), JAMES ALLEN THAEMERT (51), SEAN CRAIG GLUCKMAN (53), CHRISTOPHER MARK PREVEDELLO (56), HENISI UTSLER (59), TANYA NURRIA RESNICK (64), and CODY SEAN CHAN (67) are presently in custody. Defendants STEVEN MICHAEL SILVERBERG (5), DAVID MITCHELL SHAPIRO (52), CHRISTOPHER CRAIG (25), CHRISTOPHER PATRICK POLLAY (34), and REBEKA ANNA BENEDICT (60) are released on bond pending trial.  The parties estimate that the trial in this matter will last

approximately four to five weeks.  All defendants are joined for trial and a severance has not been granted.

7.    By this stipulation, defendants CLAIRE PATRICIA HAVILAND (1), BRIAN GLENN EKELUND (2), CORY DANIEL SIMS (7), ROBERT M. SLAYTON (11), MICHAEL VITANZA (12), PAUL JOHN PICHIE (13), GUY MANNING WILLS (15), CHARISSA MARIE CHOTARD (16), CYNTHIA VAN VLYMEN (18), PAGET GARY EKELUND (21), MICHAEL ANTHONY CHATTERTON (23), CHRISTOPHER CRAIG (25), GABRIELA IBARRA (26), KEVIN D. FRANCIS (28), ADAM L. RODNEY (32), CHRISTOPHER PATRICK POLLAY (34), ALBERT ETHAN EKLUND (42), CIARA JACOBS (44), DAVID MITCHELL SHAPIRO (52), SEAN CRAIG GLUCKMAN (53), HENISI UTSLER (59), and CODY SEAN CHAN (67) move to continue the trial date to February 24, 2026, and a Pretrial Conference date of February 13, 2026.  This is the first request for a continuance.

8.    Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.    Defendants are charged with violations of 18 U.S.C. § 1962(d): Racketeer Influenced and Corrupt Organizations Conspiracy; 21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances; 18 U.S.C. § 1349: Conspiracy To Commit Bank Fraud; 18 U.S.C. § 1344: Bank Fraud; 18 U.S.C. § 1028A: Aggravated Identity Theft; 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), (b)(2): Possession with Intent to Distribute and Distribution of Controlled Substances; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(c)(1)(A): Possess a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 1029(a)(3): Possession of Fifteen or

1  More Unauthorized Access Devices; 18 U.S.C. § 2(a): Aiding and
2  Abetting.

3          b.    The underlying investigation of defendants and their
4  co-conspirators began in 2020 and continued throughout 2024.

5          c.    The government has begun to produce discovery to the
6  defense, including post-arrest statements, recorded jail telephone
7  calls, thousands of pages of Facebook communications, criminal
8  history reports, laboratory reports, video and audio recordings
9  related to various overt acts in the indictment, and photographs of
10 physical evidence.

11         d.    The government obtained dozens of Facebook search
12 warrants during its underlying investigation and seized the contents
13 of numerous Facebook accounts belonging to defendants and their co-
14 conspirators.  The written contents of seized Facebook communications
15 and pictures is easily in the hundred of thousands of pages if not in
16 the millions.

17         e.    Additionally, the discovery in this matter includes
18 discovery related to a lengthy federal wiretap investigation that
19 involved the interception of twenty-three separate telephones between
20 July 2023 and May 2024.  The government intercepted thousands of wire
21 and electronic communications, which it is in the process of making
22 available to the defense.  There are six separate lengthy wiretap
23 applications underlying the government's requests for interceptions.
24 Additionally, there are thousands of line sheets and hundreds of
25 draft transcripts of intercepted communications that the government
26 intends to present at any trial.

27         f.    The government seized dozens of digital devices
28 belonging to defendants and co-conspirators on October 2, 2024, and

6

is working with law enforcement partners to make the contents of those digital devices available to the defense as soon as possible.

g.    Finally, discovery in this case includes discovery that needs to be produced pursuant to a Protective Order to prevent the spread of personal identifying information and financial information, as well as to protect the safety of potential witnesses. The parties recently obtained a Protective Order from the Court, and the government began producing thousands of pages of protected discovery.

h.    In total, all discovery that the government is in the process of making available to all defendants, included "Protected Discovery," will constitute **approximately one terabyte of evidence**.

i.    Due to the nature of the prosecution, the number of defendants, including the charges in the indictment and the voluminous discovery that is in the process of being produced to defendants, this case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits.

j.    In light of the foregoing, counsel for defendants also represent that additional time is necessary to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1    k.    Defendants believe that failure to grant the

2  continuance will deny them continuity of counsel and adequate

3  representation.

4    l.    The government does not object to the continuance.

5    m.    The requested continuance is not based on congestion

6  of the Court's calendar, lack of diligent preparation on the part of

7  the attorney for the government or the defense, or failure on the

8  part of the attorney for the Government to obtain available

9  witnesses.

10    9.    For purposes of computing the date under the Speedy Trial

11  Act by which defendant's trial must commence, the parties agree that

12  the time period of November 25, 2024 to February 24, 2026, inclusive,

13  should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

14  (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv) because the delay

15  results from a continuance granted by the Court at defendant's

16  request, without government objection, on the basis of the Court's

17  finding that: (i) the ends of justice served by the continuance

18  outweigh the best interest of the public and defendant in a speedy

19  trial; (ii) failure to grant the continuance would be likely to make

20  a continuation of the proceeding impossible, or result in a

21  miscarriage of justice; (iii) the case is so unusual and so complex,

22  due to the nature of the prosecution and the number of defendants,

23  that it is unreasonable to expect preparation for pre-trial

24  proceedings or for the trial itself within the time limits

25  established by the Speedy Trial Act; and (iv) failure to grant the

26  continuance would unreasonably deny defendant continuity of counsel

27  and would deny defense counsel the reasonable time necessary for

28

effective preparation, taking into account the exercise of due
diligence.

    10.    Defendants JULIE ANN ROMERO (17), TARA JANE BECKWITH (36),
and JAMES ALLEN THAEMERT (51) object to continuing the trial in this
matter to February 24, 2026 and instead request an earlier trial date
of September 16, 2025.  Counsel for the government has attempted to
reach counsel for REBEKA ANNA BENEDICT (60) but was unable to
ascertain REBEKA ANNA BENEDICT (60)'s position on a continuance.
Counsel for SCOTT JOSHUA VENNUM (20) has recently informed the
government that he believes that he has a conflict representing his
client in this matter.  Counsel for TANYA NURRIA RESNICK (64) has
informed the government that he and his client do not object to the
February 24, 2026 trial date, but that he was unable to obtain his
client's signature due to unexpected lock downs at the custodial
facility and the recent illness of his client.  Counsel for STEVEN
MICHAEL SILVERBERG (5) has also informed the government that his
client does not object to the February 24, 2026 trial date.  Counsel
for RICHARD KEVIN RILEY (29) has informed the government that he and
his client agree to a continuance of the trial date but has not yet
had the opportunity to meet and confer with his client regarding the
February 24, 2026 trial date.  Defendants ROBERT ANTHONY BAKER (46)
and CHRISTOPHER MARK PREVEDELLO (56) object to continuing the trial
in this matter.  Nonetheless, the stipulating parties agree that,
pursuant to 18 U.S.C. § 3161(h)(6), the time period of November 25,
2024 to February 24, 2026 constitutes a reasonable period of delay
for defendants STEVEN MICHAEL SILVERBERG (5), JULIE ANN ROMERO (17),
SCOTT JOSHUA VENNUM (20), RICHARD KEVIN RILEY (29), TARA JANE
BECKWITH (36), ROBERT ANTHONY BAKER (46), JAMES ALLEN THAEMERT (51),

CHRISTOPHER MARK PREVEDELLO (56), REBEKA ANNA BENEDICT (60), and
TANYA NURRIA RESNICK (64) who are joined for trial with codefendants
as to whom the time for trial has not run and no motion for severance
has been granted.

11.   Nothing in this stipulation shall preclude a finding that
other provisions of the Speedy Trial Act dictate that additional time
periods be excluded from the period within which trial must commence.
Moreover, the same provisions and/or other provisions of the Speedy
Trial Act may in the future authorize the exclusion of additional
time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: October 13, 2024          Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 DAVID T. RYAN
                                 Assistant United States Attorney
                                 Chief, National Security Division


                                        /s/
                                 _____
                                 REEMA M. EL-AMAMY
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA



I am CLAIRE PATRICIA HAVILAND's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of her
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision

1  necessary for effective preparation, taking into account the exercise

2  of due diligence.

3      10.  Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.

10  Dated: October 13, 2024          Respectfully submitted,

11          E. MARTIN ESTRADA
   United States Attorney

12          DAVID T. RYAN

13          Assistant United States Attorney
   Chief, National Security Division

14

15                 /s/

16          REEMA M. EL-AMAMY
   Assistant United States Attorney

17          Attorneys for Plaintiff
   UNITED STATES OF AMERICA

18

19      I am CLAIRE PATRICIA HAVILAND's attorney.  I have carefully

20  discussed every part of this stipulation and the continuance of the

21  trial date with my client. I have fully informed my client of her

22  Speedy Trial rights.  To my knowledge, my client understands those

23  rights and agrees to waive them.  I believe that my client's decision

24  to give up the right to be brought to trial earlier than February 24,

25  2026 is an informed and voluntary one.

26

27  DANIEL A NARDONI                 10-22-2024
   Attorney for Defendant          Date

28  CLAIRE PATRICIA HAVILAND

1

2        I have read this stipulation and have carefully discussed it

3   with my attorney.  I understand my Speedy Trial rights.  I

4   voluntarily agree to the continuance of the trial date, and give up

5   my right to be brought to trial earlier than February 24, 2026.

6

7   _____          Oct 22-2024
    CLAIRE PATRICIA HAVILAND            Date
8   Defendant

9

10       I am BRIAN GLENN EKELUND's attorney.  I have carefully discussed

11  every part of this stipulation and the continuance of the trial date

12  with my client. I have fully informed my client of his Speedy Trial

13  rights.  To my knowledge, my client understands those rights and

14  agrees to waive them.  I believe that my client's decision to give up

15  the right to be brought to trial earlier than November 25, 2024 is an

16  informed and voluntary one.

17

18  _____          _____
    CHRISTY O'CONNOR                    Date
19  Attorney for Defendant
    BRIAN GLENN EKELUND

20

21       I have read this stipulation and have carefully discussed it

22  with my attorney.  I understand my Speedy Trial rights.  I

23  voluntarily agree to the continuance of the trial date, and give up

24  my right to be brought to trial earlier than November 25, 2024.

25

26  _____          _____
    BRIAN GLENN EKELUND                 Date
    Defendant
27

28

                                10

1  my right to be brought to trial earlier than February 24, 2026.

2

3  _____          _____
   CLAIRE PATRICIA HAVILAND                Date
4  Defendant

5

6      I am BRIAN GLENN EKELUND's attorney.  I have carefully discussed

7  every part of this stipulation and the continuance of the trial date

8  with my client. I have fully informed my client of his Speedy Trial

9  rights.  To my knowledge, my client understands those rights and

10 agrees to waive them.  I believe that my client's decision to give up

11 the right to be brought to trial earlier than February 24, 2026 is an

12 informed and voluntary one.

13                                              10/28/24

14 _____          _____
   CHRISTY O'CONNOR                        Date
15 Attorney for Defendant
   BRIAN GLENN EKELUND

16

17     I have read this stipulation and have carefully discussed it

18 with my attorney.  I understand my Speedy Trial rights.  I

19 voluntarily agree to the continuance of the trial date, and give up

20 my right to be brought to trial earlier than February 24, 2026.

21                                              10/28/24

22 _____          _____
   BRIAN GLENN EKELUND                     Date
   Defendant

23

24     I am STEVEN MICHAEL SILVERBERG's attorney.  I have carefully

25 discussed every part of this stipulation and the continuance of the

26 trial date with my client. I have fully informed my client of his

27 Speedy Trial rights.  To my knowledge, my client understands those

28

                                 11

1  rights and agrees to waive them.  I believe that my client's decision
2  to give up the right to be brought to trial earlier than February 24,
3  2026 is an informed and voluntary one.

4

5  _____    _____
   DANIEL KOFFMANN                       Date
   Attorney for Defendant
6  STEVEN MICHAEL SILVERBERG

7

8      I have read this stipulation and have carefully discussed it
9  with my attorney.  I understand my Speedy Trial rights.  I
10 voluntarily agree to the continuance of the trial date, and give up
11 my right to be brought to trial earlier than February 24, 2026.  I
12 understand that I will be ordered to appear in Courtroom 9B of the
13 Federal Courthouse, 350 W. 1st Street, Los Angeles, California on
14 February 24, 2026 at 9:00 a.m.

15

16 _____    _____
   STEVEN MICHAEL SILVERBERG             Date
17 Defendant

18

19     I am CORY DANIEL SIMS's attorney.  I have carefully discussed
20 every part of this stipulation and the continuance of the trial date
21 with my client. I have fully informed my client of his Speedy Trial
22 rights.  To my knowledge, my client understands those rights and
23 agrees to waive them.  I believe that my client's decision to give up
24 the right to be brought to trial earlier than February 24, 2026 is an
25 informed and voluntary one.

26 _____    _____
                                        10/31/2024
27 MELISSA A. WEINBERGER                 Date
   Attorney for Defendant
28 CORY DANIEL SIMS

                              12

1

2          I have read this stipulation and have carefully discussed it

3     with my attorney.  I understand my Speedy Trial rights.  I

4     voluntarily agree to the continuance of the trial date, and give up

5     my right to be brought to trial earlier than February 24, 2026.

6

7     _____          _____10/31/24_____
      CORY DANIEL SIMS                          Date

8     Defendant

9

10         I am ROBERT M. SLAYTON's attorney.  I have carefully discussed

11    every part of this stipulation and the continuance of the trial date

12    with my client. I have fully informed my client of his Speedy Trial

13    rights.  To my knowledge, my client understands those rights and

14    agrees to waive them.  I believe that my client's decision to give up

15    the right to be brought to trial earlier than February 24, 2026 is an

16    informed and voluntary one.

17

18    _____          _____
      ROBERT KIM SCHWARZ                         Date
      Attorney for Defendant

19    ROBERT M. SLAYTON

20

21         I have read this stipulation and have carefully discussed it

22    with my attorney.  I understand my Speedy Trial rights.  I

23    voluntarily agree to the continuance of the trial date, and give up

      my right to be brought to trial earlier than February 24, 2026.

24

25    _____          _____
      ROBERT M. SLAYTON                          Date

26    Defendant

27

28

                              13

1

2        I have read this stipulation and have carefully discussed it

3   with my attorney.  I understand my Speedy Trial rights.  I

4   voluntarily agree to the continuance of the trial date, and give up

5   my right to be brought to trial earlier than February 24, 2026.

6

7   _____        _____
    CORY DANIEL SIMS                    Date

8   Defendant

9

10       I am ROBERT M. SLAYTON's attorney.  I have carefully discussed

11  every part of this stipulation and the continuance of the trial date

12  with my client. I have fully informed my client of his Speedy Trial

13  rights.  To my knowledge, my client understands those rights and

14  agrees to waive them.  I believe that my client's decision to give up

15  the right to be brought to trial earlier than February 24, 2026 is an

16  informed and voluntary one.

17  _____        ___10-25-24_____

18  ROBERT KIM SCHWARZ                  Date
    Attorney for Defendant

19  ROBERT M. SLAYTON

20

21       I have read this stipulation and have carefully discussed it

22  with my attorney.  I understand my Speedy Trial rights.  I

     voluntarily agree to the continuance of the trial date, and give up

23  my right to be brought to trial earlier than February 24, 2026.

24

25
    _____        ___10.24.24_____
26  ROBERT M. SLAYTON                   Date
    Defendant

27

28
                                13

1    I am MICHAEL VITANZA's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than February 24, 2026 is an

7  informed and voluntary one.

8    *Michael M. Crain*                    *October 24, 2024*

9    ─────────────────────              ─────────────────────
     MICHAEL M. CRAIN                    Date
     Attorney for Defendant

10   MICHAEL VITANZA

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney.  I understand my Speedy Trial rights.  I

     voluntarily agree to the continuance of the trial date, and give up

14  my right to be brought to trial earlier than February 24, 2026.

15

16    *[signature]*                        *10-24-2024*
     ─────────────────────              ─────────────────────
17   MICHAEL VITANZA                     Date
     Defendant

18

19    I am PAUL JOHN PICHIE's attorney.  I have carefully discussed

20  every part of this stipulation and the continuance of the trial date

     with my client. I have fully informed my client of his Speedy Trial

21  rights.  To my knowledge, my client understands those rights and

22  agrees to waive them.  I believe that my client's decision to give up

23  the right to be brought to trial earlier than February 24, 2026 is an

24  informed and voluntary one.

25

26   ─────────────────────              ─────────────────────
     DAVID R. EVANS                      Date

27   Attorney for Defendant
     PAUL JOHN PICHIE

28
                                14

I am MICHAEL VITANZA's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than February 24, 2026 is an informed and voluntary one.

_____          _____
MICHAEL M. CRAIN                          Date
Attorney for Defendant
MICHAEL VITANZA

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 24, 2026.

_____          _____
MICHAEL VITANZA                           Date
Defendant

I am PAUL JOHN PICHIE's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than February 24, 2026 is an informed and voluntary one.

*David Evans*                             10/25/2025
_____          _____
DAVID R. EVANS                            Date
Attorney for Defendant
PAUL JOHN PICHIE

14

I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than February 24, 2026.

*Paul John Pichie*
_____          10/25/2024
PAUL JOHN PICHIE                      Date
Defendant


I am GUY MANNING WILLS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than February 24, 2026 is an
informed and voluntary one.

_____          _____
JEREMY D. WARREN                     Date
Attorney for Defendant
GUY MANNING WILLS

I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than February 24, 2026.

_____          _____
GUY MANNING WILLS                    Date
Defendant

15

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 24, 2026.

_____          _____
PAUL JOHN PICHIE                          Date
Defendant


I am GUY MANNING WILLS's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than February 24, 2026 is an informed and voluntary one.

_____          10-29-24
JEREMY D. WARREN                          Date
Attorney for Defendant
GUY MANNING WILLS


I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 24, 2026.

_____          10-28-24
GUY MANNING WILLS                         Date
Defendant

15

1      I am CHARISSA MARIE CHOTARD's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of her

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than February 24,

7  2026 is an informed and voluntary one.

8

9  RICHARD M. CALLAHAN , JR.          Date  10/25/24

Attorney for Defendant

10  CHARISSA MARIE CHOTARD

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney.  I understand my Speedy Trial rights.  I

voluntarily agree to the continuance of the trial date, and give up

14

my right to be brought to trial earlier than February 24, 2026.

15

16

CHARISSA MARIE CHOTARD          Date  10/25/2024

17  Defendant

18

19

20

21

22

23      I am JULIE ANN ROMERO's attorney.  I have carefully discussed

24  every part of this stipulation and the continuance of the trial date

with my client. I have fully informed my client of her Speedy Trial

25

rights.  To my knowledge, my client understands those rights and

26

agrees to waive them.  I believe that my client's decision to give up

27

28

1    the right to be brought to trial earlier than November 25, 2024 is an

2    informed and voluntary one.

3

4    ROBERT H REXRODE, III                          Date
     Attorney for Defendant
5    JULIE ANN ROMERO

6
         I have read this stipulation and have carefully discussed it
7
     with my attorney.  I understand my Speedy Trial rights.  I
8
     voluntarily agree to the continuance of the trial date, and give up
9
     my right to be brought to trial earlier than ~~November 25, 2024~~.
10

11

12   JULIE ANN ROMERO                               Date
     Defendant

13
         I am CYNTHIA VAN VLYMEN's attorney.  I have carefully discussed
14
     every part of this stipulation and the continuance of the trial date
15
     with my client. I have fully informed my client of her Speedy Trial
16
     rights.  To my knowledge, my client understands those rights and
17
     agrees to waive them.  I believe that my client's decision to give up
18                                          February 24, 2026
     the right to be brought to trial earlier than ~~November 25, 2024~~ is an
19
     informed and voluntary one.
20

21                                          10/31/24
     JOHN TARGOWSKI                             Date
22   Attorney for Defendant
     CYNTHIA VAN VLYMEN
23

24       I have read this stipulation and have carefully discussed it

25   with my attorney,  I understand my Speedy Trial rights.  I

26   voluntarily agree to the continuance of the trial date, and give up
                                            February 24, 2026
27   my right to be brought to trial earlier than ~~November 25, 2024~~.

28

1 | CYNTHIA VAN VLYMEN                    Date 10/31/24
  | Defendant

2

3      I am ERNEST HILL's attorney.  I have carefully discussed every

4 part of this stipulation and the continuance of the trial date with

5 my client. I have fully informed my client of his Speedy Trial

6 rights.  To my knowledge, my client understands those rights and

7 agrees to waive them.  I believe that my client's decision to give up

8 the right to be brought to trial earlier than November 25, 2024 is an

9 informed and voluntary one.

10

11 | JAMES MICHAEL CHAVEZ, I                   Date
   | Attorney for Defendant
12 | ERNEST HILL

13

14      I have read this stipulation and have carefully discussed it

15 with my attorney.  I understand my Speedy Trial rights.  I

   voluntarily agree to the continuance of the trial date, and give up

16 my right to be brought to trial earlier than November 25, 2024.

17

18 | ERNEST HILL                               Date
   | Defendant
19

20

21

22

23      I am PAGET GARY EKELUND's attorney.  I have carefully discussed

24 every part of this stipulation and the continuance of the trial date

25 with my client. I have fully informed my client of his Speedy Trial

   rights.  To my knowledge, my client understands those rights and

26 agrees to waive them.  I believe that my client's decision to give up

27

28

                                      17

1   my right to be brought to trial earlier than February 24, 2026.

2

3   _____     _____
    CYNTHIA VAN VLYMEN                Date

4   Defendant

5      I am ERNEST HILL's attorney.  I have carefully discussed every

6   part of this stipulation and the continuance of the trial date with

7   my client.  I have fully informed my client of his Speedy Trial

8   rights.  To my knowledge, my client understands those rights and

9   agrees to waive them.  I believe that my client's decision to give up

10  the right to be brought to trial earlier than February 24, 2026 is an

11  informed and voluntary one.

12

13  _____     _____
    JAMES MICHAEL CHAVEZ, I          Date

14  Attorney for Defendant
    ERNEST HILL

15

16     I have read this stipulation and have carefully discussed it

17  with my attorney.  I understand my Speedy Trial rights.  I

18  voluntarily agree to the continuance of the trial date, and give up

19  my right to be brought to trial earlier than February 24, 2026.

20  _____     _____
    ERNEST HILL                   Date

21  Defendant

22

23

24     I am PAGET GARY EKELUND's attorney.  I have carefully discussed

25  every part of this stipulation and the continuance of the trial date

26  with my client.  I have fully informed my client of his Speedy Trial

27  rights.  To my knowledge, my client understands those rights and

28  agrees to waive them.  I believe that my client's decision to give up

the right to be brought to trial earlier than February 24, 2026 is an
informed and voluntary one.

_____          10.30.24
ADAM F DOYLE                               _____
Attorney for Defendant                     Date
PAGET GARY EKELUND


I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than February 24, 2026.

_____          10.30.24
PAGET GARY EKELUND                         _____
Defendant                                  Date


I am SCOTT JOSHUA VENNUM's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than February 24, 2026 is an
informed and voluntary one.

_____          _____
DAVID R. SILLDORF                          Date
Attorney for Defendant
SCOTT JOSHUA VENNUM

I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date, and give up

19

my right to be brought to trial earlier than February 24, 2026.

_____          _____
SCOTT JOSHUA VENNUM                       Date
Defendant

    I am MICHAEL ANTHONY CHATTERTON's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than February 24,
2026 is an informed and voluntary one.

_____          10/29/2024
SHEILA SARAH MOJTEHEDI                     Date
Attorney for Defendant
MICHAEL ANTHONY CHATTERTON

    I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than February 24, 2026.

_____          10/29/2024
MICHAEL ANTHONY CHATTERTON                 Date
Defendant

    - I am CHRISTOPHER CRAIG's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up

20

the right to be brought to trial earlier than February 24, 2026 is an informed and voluntary one.

_____          _____
SCOTT ADAM PACTOR                         10/28/24
Attorney for Defendant                    Date
CHRISTOPHER CRAIG

    I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 24, 2026.  I understand that I will be ordered to appear in Courtroom 9B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 24, 2026 at 9:00 a.m.

_____          _____
CHRISTOPHER CRAIG                         10/28/24
Defendant                                 Date

    I am GABRIELA IBARRA's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of her Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than February 24, 2026 is an informed and voluntary one.

_____          _____
SIMON M AVAL                              Date
Attorney for Defendant
GABRIELA IBARRA

21

the right to be brought to trial earlier than November 25, 2024 is an
informed and voluntary one.

_____         _____
SCOTT ADAM PACTOR                          Date
Attorney for Defendant
CHRISTOPHER CRAIG

     I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than November 25, 2024.  I
understand that I will be ordered to appear in Courtroom 9B of the
Federal Courthouse, 350 W. 1st Street, Los Angeles, California on
February 24, 2026 at 9:00 a.m.

_____         _____
CHRISTOPHER CRAIG                          Date
Defendant

     I am GABRIELA IBARRA's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of her Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than ~~November 25, 2024~~ is an
informed and voluntary one.                    February 24, 2026

_____         _____
SIMON M AVAL                               Date
Attorney for Defendant                     10.21.24
GABRIELA IBARRA

20

1    I have read this stipulation and have carefully discussed it

2  with my attorney.  I understand my Speedy Trial rights.  I

3  voluntarily agree to the continuance of the trial date, and give up

4  my right to be brought to trial earlier than ~~November~~ ~~25,~~ ~~2024~~.

5                                        February 24, 2026

                                          10 · 21 · 24
6  _____           _____
   GABRIELA IBARRA                       Date
   Defendant
7

8    I am KEVIN D. FRANCIS's attorney.  I have carefully discussed

9  every part of this stipulation and the continuance of the trial date

10 with my client. I have fully informed my client of his Speedy Trial

11 rights.  To my knowledge, my client understands those rights and

12 agrees to waive them.  I believe that my client's decision to give up

13 the right to be brought to trial earlier than November 25, 2024 is an

14 informed and voluntary one.

15

16 _____           _____
   KRISTEN NICOLE RICHARDS               Date
   Attorney for Defendant
17 KEVIN D. FRANCIS

18
     I have read this stipulation and have carefully discussed it
19
   with my attorney.  I understand my Speedy Trial rights.  I
20
   voluntarily agree to the continuance of the trial date, and give up
21
   my right to be brought to trial earlier than November 25, 2024.
22

23 _____           _____
   KEVIN D. FRANCIS                      Date
24 Defendant

25

26

27   I am RICHARD KEVIN RILEY's attorney.  I have carefully discussed

28 every part of this stipulation and the continuance of the trial date

                                  21

1    I have read this stipulation and have carefully discussed it

2   with my attorney.  I understand my Speedy Trial rights.  I

3   voluntarily agree to the continuance of the trial date, and give up

4   my right to be brought to trial earlier than February 24, 2026.

5

6   _____        _____
    GABRIELA IBARRA                         Date
    Defendant

7

8    I am KEVIN D. FRANCIS's attorney.  I have carefully discussed

9   every part of this stipulation and the continuance of the trial date

10  with my client. I have fully informed my client of his Speedy Trial

11  rights.  To my knowledge, my client understands those rights and

12  agrees to waive them.  I believe that my client's decision to give up

13  the right to be brought to trial earlier than February 24, 2026 is an

14  informed and voluntary one.

15

16  _____        11/4/2024
    KRISTEN NICOLE RICHARDS                 Date

17  Attorney for Defendant
    KEVIN D. FRANCIS

18

19   I have read this stipulation and have carefully discussed it

20  with my attorney.  I understand my Speedy Trial rights.  I

21  voluntarily agree to the continuance of the trial date, and give up

22  my right to be brought to trial earlier than February 24, 2026.

23  _____        11/4/2024
    KEVIN D. FRANCIS                        Date

24  Defendant

25

26

27   I am RICHARD KEVIN RILEY's attorney.  I have carefully discussed

28  every part of this stipulation and the continuance of the trial date

with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than February 24, 2026 is an informed and voluntary one.

_____          _____
DAVID J. KALOYANIDES                                          Date
Attorney for Defendant
RICHARD KEVIN RILEY

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 24, 2026.

_____          _____
RICHARD KEVIN RILEY                                          Date
Defendant

I am ADAM L. RODNEY's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than February 24, 2026 is an informed and voluntary one.

_____          ___10/30/24_____
MICHAEL S. EVANS                                          Date
Attorney for Defendant
ADAM L. RODNEY

_____          ___10-30-24_____
ADAM L. RODNEY                                          Date

23

1    I have read this stipulation and have carefully discussed it

2    with my attorney.  I understand my Speedy Trial rights.  I

3    voluntarily agree to the continuance of the trial date, and give up

4    my right to be brought to trial earlier than February 24, 2026.

5    *Adam L. Rodney (MSE)*                    10/30/24

6    ADAM L. RODNEY                            Date
     Defendant

7

8

9    I am CHRISTOPHER PATRICK POLLAY's attorney.  I have carefully

10   discussed every part of this stipulation and the continuance of the

11   trial date with my client. I have fully informed my client of his

12   Speedy Trial rights.  To my knowledge, my client understands those

13   rights and agrees to waive them.  I believe that my client's decision

14   to give up the right to be brought to trial earlier than February 24,

15   2026 is an informed and voluntary one.

16

17   ADAM AXELRAD                              Date
     Attorney for Defendant

18   CHRISTOPHER PATRICK POLLAY

19

20   I have read this stipulation and have carefully discussed it

21   with my attorney.  I understand my Speedy Trial rights.  I

22   voluntarily agree to the continuance of the trial date, and give up

23   my right to be brought to trial earlier than February 24, 2026.  I

24   understand that I will be ordered to appear in Courtroom 9B of the

25   Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

26   February 24, 2026 at 9:00 a.m.

27

28   CHRISTOPHER PATRICK POLLAY                Date
     Defendant

24

1    I have read this stipulation and have carefully discussed it

2   with my attorney.  I understand my Speedy Trial rights.  I

3   voluntarily agree to the continuance of the trial date, and give up

4   my right to be brought to trial earlier than February 24, 2026.

5

6   _____          _____
    ADAM L. RODNEY                             Date

7   Defendant

8

9    I am CHRISTOPHER PATRICK POLLAY's attorney.  I have carefully

10  discussed every part of this stipulation and the continuance of the

11  trial date with my client. I have fully informed my client of his

12  Speedy Trial rights.  To my knowledge, my client understands those

13  rights and agrees to waive them.  I believe that my client's decision

14  to give up the right to be brought to trial earlier than February 24,

15  2026 is an informed and voluntary one.

16  _____          *11-1-24*

17  ADAM AXELRAD                               Date
    Attorney for Defendant

18  CHRISTOPHER PATRICK POLLAY

19    I have read this stipulation and have carefully discussed it

20  with my attorney.  I understand my Speedy Trial rights.  I

21  voluntarily agree to the continuance of the trial date, and give up

22  my right to be brought to trial earlier than February 24, 2026.  I

23  understand that I will be ordered to appear in Courtroom 9B of the

24  Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

25  February 24, 2026 at 9:00 a.m.

26

27  _____          *10/31/2024*
    CHRISTOPHER PATRICK POLLAY                 Date

28  Defendant

                                24

I am TARA JANE BECKWITH's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of her Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than September 16, 2025 is an informed and voluntary one.

_____          _____
SHAUN KHOJAYAN                                            Date
Attorney for Defendant
TARA JANE BECKWITH

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than September 16, 2025.

_____          _____
TARA JANE BECKWITH                                        Date
Defendant

I am ALBERT ETHAN EKLUND's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than February 24, 2026 is an informed and voluntary one.

_____          10-25-24
DEBRA S WHITE                                             Date
Attorney for Defendant
ALBERT ETHAN EKLUND

25

I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights. I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than February 24, 2026.

_____     10/25/24
ALBERT ETHAN EKLUND                   Date
Defendant


I am CIARA JACOBS's attorney. I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of her Speedy Trial
rights. To my knowledge, my client understands those rights and
agrees to waive them. I believe that my client's decision to give up
the right to be brought to trial earlier than February 24, 2026 is an
informed and voluntary one.


_____     _____
CARLOS N IRIARTE                      Date
Attorney for Defendant
CIARA JACOBS


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights. I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than February 24, 2026.


_____     _____
CIARA JACOBS                          Date
Defendant

1      I have read this stipulation and have carefully discussed it

2  with my attorney.  I understand my Speedy Trial rights.  I

3  voluntarily agree to the continuance of the trial date, and give up

4  my right to be brought to trial earlier than February 24, 2026.

5

6  _____          _____

7  ALBERT ETHAN EKLUND                      Date
   Defendant

8

9

10     I am CIARA JACOBS's attorney.  I have carefully discussed every

11 part of this stipulation and the continuance of the trial date with

12 my client. I have fully informed my client of her Speedy Trial

13 rights.  To my knowledge, my client understands those rights and

14 agrees to waive them.  I believe that my client's decision to give up

15 the right to be brought to trial earlier than February 24, 2026 is an

16 informed and voluntary one.

17 _____          10/24/24

18 CARLOS N IRIARTE                         Date
   Attorney for Defendant
19 CIARA JACOBS

20     I have read this stipulation and have carefully discussed it

21 with my attorney.  I understand my Speedy Trial rights.  I

22 voluntarily agree to the continuance of the trial date, and give up

23 my right to be brought to trial earlier than February 24, 2026.

24 _____          10/24/24

25 CIARA JACOBS                             Date
   Defendant

26

27

28

- 26

1    to give up the right to be brought to trial earlier than September

2    16, 2025 is an informed and voluntary one.

3

4    _____                    11-4-24
     STEPHEN G FRYE                               Date
     Attorney for Defendant
5    JAMES ALLEN THAEMERT

6

7        I have read this stipulation and have carefully discussed it

8    with my attorney. I understand my Speedy Trial rights. I

9    voluntarily agree to the continuance of the trial date, and give up

10   my right to be brought to trial earlier than September 16, 2025.

11   _____                    11-09-2024
     JAMES ALLEN THAEMERT                         Date
12   Defendant

13

14

15       I am DAVID MITCHELL SHAPIRO's attorney. I have carefully

16   discussed every part of this stipulation and the continuance of the

17   trial date with my client. I have fully informed my client of his

18   Speedy Trial rights. To my knowledge, my client understands those

19   rights and agrees to waive them. I believe that my client's decision

20   to give up the right to be brought to trial earlier than February 24,

21   2026 is an informed and voluntary one.

22

23   _____                    _____
     MEGAN A. MAITIA                              Date
     Attorney for Defendant
24   DAVID MITCHELL SHAPIRO

25       I have read this stipulation and have carefully discussed it

26   with my attorney. I understand my Speedy Trial rights. I

27   voluntarily agree to the continuance of the trial date, and give up

28   my right to be brought to trial earlier than February 24, 2026. I

                                   28

1  to give up the right to be brought to trial earlier than September

2  16, 2025 is an informed and voluntary one.

3

4  _____        _____
   STEPHEN G FRYE                     Date
   Attorney for Defendant

5  JAMES ALLEN THAEMERT

6

7      I have read this stipulation and have carefully discussed it

   with my attorney.  I understand my Speedy Trial rights.  I

8  voluntarily agree to the continuance of the trial date, and give up

9  my right to be brought to trial earlier than September 16, 2025.

10

11 _____        _____
   JAMES ALLEN THAEMERT               Date

12 Defendant

13

14

15     I am DAVID MITCHELL SHAPIRO's attorney.  I have carefully

   discussed every part of this stipulation and the continuance of the

16 trial date with my client. I have fully informed my client of his

17 Speedy Trial rights.  To my knowledge, my client understands those

18 rights and agrees to waive them.  I believe that my client's decision

19 to give up the right to be brought to trial earlier than February 24,

20 2026 is an informed and voluntary one.

21

22 _megan maitia_____        _10/24/2024_____
   MEGAN A. MAITIA                     Date

23 Attorney for Defendant
   DAVID MITCHELL SHAPIRO

24

25     I have read this stipulation and have carefully discussed it

26 with my attorney.  I understand my Speedy Trial rights.  I

27 voluntarily agree to the continuance of the trial date, and give up

28 my right to be brought to trial earlier than February 24, 2026.  I

                                    28

1  understand that I will be ordered to appear in Courtroom 9B of the

2  Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

3  February 24, 2026 at 9:00 a.m.

4

5  _____    10/24/2024
   DAVID MITCHELL SHAPIRO              Date
6  Defendant

7

8       I am SEAN CRAIG GLUCKMAN's attorney.  I have carefully discussed

9  every part of this stipulation and the continuance of the trial date

10 with my client. I have fully informed my client of his Speedy Trial

11 rights.  To my knowledge, my client understands those rights and

12 agrees to waive them.  I believe that my client's decision to give up

13 the right to be brought to trial earlier than February 24, 2026 is an

14 informed and voluntary one.

15

16 _____    _____
   JEREMY IAN LESSEM                   Date
   Attorney for Defendant
17 SEAN CRAIG GLUCKMAN

18

19      I have read this stipulation and have carefully discussed it

   with my attorney.  I understand my Speedy Trial rights.  I
20
   voluntarily agree to the continuance of the trial date, and give up
21
   my right to be brought to trial earlier than February 24, 2026.
22

23

   _____    _____
   SEAN CRAIG GLUCKMAN                 Date
24 Defendant

25

26

        I am CHRISTOPHER MARK PREVEDELLO's attorney.  I have carefully
27
   discussed every part of this stipulation and the continuance of the
28

                                  29

1  understand that I will be ordered to appear in Courtroom 9B of the

2  Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

3  February 24, 2026 at 9:00 a.m.

4

5  DAVID MITCHELL SHAPIRO                    Date
   Defendant

6

7

8      I am SEAN CRAIG GLUCKMAN's attorney.  I have carefully discussed

9  every part of this stipulation and the continuance of the trial date

10  with my client. I have fully informed my client of his Speedy Trial

11  rights.  To my knowledge, my client understands those rights and

12  agrees to waive them.  I believe that my client's decision to give up

13  the right to be brought to trial earlier than February 24, 2026 is an

14  informed and voluntary one.

15

16  JEREMY IAN LESSEM                         Date 10/28/24
   Attorney for Defendant

17  SEAN CRAIG GLUCKMAN

18      I have read this stipulation and have carefully discussed it

19  with my attorney.  I understand my Speedy Trial rights.  I

20  voluntarily agree to the continuance of the trial date, and give up

21  my right to be brought to trial earlier than February 24, 2026.

22

23  SEAN CRAIG GLUCKMAN                        Date 10/28/24
   Defendant

24

25

26

27      I am CHRISTOPHER MARK PREVEDELLO's attorney.  I have carefully

28  discussed every part of this stipulation and the continuance of the

                                    29

Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than November 25,
2024 is an informed and voluntary one.


_____        _____
AMY FAN                                 Date
Attorney for Defendant
CHRISTOPHER MARK PREVEDELLO


    I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than November 25, 2024.


_____        _____
CHRISTOPHER MARK PREVEDELLO              Date
Defendant


    I am HENISI UTSLER's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of her Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than ~~November 25, 2024~~ is an
informed and voluntary one.
                                        2/24/2026

_____        _____
OLIVER P CLEARY                         Date   10-24-2024
Attorney for Defendant
HENISI UTSLER


    I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I

                              29

1 | voluntarily agree to the continuance of the trial date, and give up

2 | my right to be brought to trial earlier than ~~November 25, 2024~~. 2-24-2026

3 | *Henisi Utsler*

4 | HENISI UTSLER                                    10·17·24
Defendant                                        Date

5

6

7 |     I am REBEKA ANNA BENEDICT's attorney.  I have carefully

8 | discussed every part of this stipulation and the continuance of the

9 | trial date with my client. I have fully informed my client of her

10 | Speedy Trial rights.  To my knowledge, my client understands those

11 | rights and agrees to waive them.  I believe that my client's decision

12 | to give up the right to be brought to trial earlier than November 25,

13 | 2024 is an informed and voluntary one.

14

15 | JOHN D. ROBERTSON                                Date
Attorney for Defendant

16 | REBEKA ANNA BENEDICT

17

18 |     I have read this stipulation and have carefully discussed it

19 | with my attorney.  I understand my Speedy Trial rights.  I

20 | voluntarily agree to the continuance of the trial date, and give up

21 | my right to be brought to trial earlier than November 25, 2024.  I

22 | understand that I will be ordered to appear in Courtroom 9B of the

23 | Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

24 | February 24, 2026 at 9:00 a.m.

25

26 | REBEKA ANNA BENEDICT                             Date
Defendant

27

28

30

1   the right to be brought to trial earlier than ~~November 25,~~ 202~~6~~ February 24 is an

2   informed and voluntary one.

3   _____        _____
                                            10/24/24
4   ROBERT M BERNSTEIN                      Date
    Attorney for Defendant
5   CODY SEAN CHAN

6

7        I have read this stipulation and have carefully discussed it

8   with my attorney.  I understand my Speedy Trial rights.  I

9   voluntarily agree to the continuance of the trial date, and give up

10  my right to be brought to trial earlier than ~~November 25,~~ 202~~6~~ February 24

11  _____        _____
                                            10/24/24
12  CODY SEAN CHAN                          Date
    Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    32