1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CLAIRE PATRICIA HAVILAND, et al.,<br>CLAIRE PATRICIA HAVILAND (1),<br>BRIAN GLENN EKELUND (2),<br>STEVEN MICHAEL SILVERBERG (5),<br>CORY DANIEL SIMS (7),<br>ROBERT M. SLAYTON (11),<br>MICHAEL VITANZA (12),<br>PAUL JOHN PICHIE (13),<br>GUY MANNING WILLS (15),<br>CHARISSA MARIE CHOTARD (16),<br>JULIE ANN ROMERO (17),<br>CYNTHIA VAN VLYMEN (18),<br>PAGET GARY EKELUND (21),<br>SCOTT JOSHUA VENNUM (22),<br>MICHAEL ANTHONY CHATTERTON (23),<br>CHRISTOPHER CRAIG (25),<br>GABRIELA IBARRA (26),<br>KEVIN D. FRANCIS (28),<br>RICHARD KEVIN RILEY (29),<br>ADAM L. RODNEY (32),<br>CHRISTOPHER PATRICK POLLAY (34),<br>TARA JANE BECKWITH (36),<br>ALBERT ETHAN EKLUND (42),<br>CIARA JACOBS (44),<br>ROBERT ANTHONY BAKER (46), | No. CR 2:24-cr-00570-WLH<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATES:**  11/25/2024 and 12/2/2024<br>**PROPOSED TRIAL DATE:**  2/24/2026<br><br>**CURRENT PRETRIAL CONFERENCE DATES:** 11/15/2024 and 11/22/2024<br>**PROPOSED PRETRIAL CONFERENCE DATE:** 2/13/2026 |

```
 1 │ JAMES ALLEN THAEMERT (51),
   │ DAVID MITCHELL SHAPIRO (52),
 2 │ SEAN CRAIG GLUCKMAN (53),
   │ CHRISTOPHER MARK PREVEDELLO
 3 │ (56),
   │ HENISI UTSLER (59),
 4 │ REBEKA ANNA BENEDICT (60),
   │ TANYA NURRIA RESNICK (64), and
 5 │ CODY SEAN CHAN (67),
 6 │           Defendants.
```

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 5, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and the number of defendants, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial dates in this matter are continued from November 25, 2024 and December 2, 2024 to February 24, 2026. The Pre-trial conference dates of November 15, 2024 and November 22, 2024 for these defendants are continued to February 13, 2026.

2. The time period of November 25, 2024 to February 24, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (B)(ii), and (B)(iv).

3. Defendants STEVEN MICHAEL SILVERBERG (5), DAVID MITCHELL SHAPIRO (52), CHRISTOPHER CRAIG (25), CHRISTOPHER PATRICK POLLAY (34), and REBEKA ANNA BENEDICT (60) shall appear in Courtroom 9B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 24, 2026 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____   _____
DATE                              UNITED STATES DISTRICT JUDGE