# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH |
| v. CLAIRE PATRICIA HAVILAND, et al., BRIANNE BREWER (8) | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: BRIANNE BREWER

Alias:

on December 5, 2024 at 1:30 p.m. before Judge/Magistrate Judge Steve Kim, Magistrate Judge
*(Date of Appearance)* (Time)

Dated: _____

**U.S. District Judge/U.S. Magistrate Judge**