LAW OFFICE OF DANIEL A. NARDONI
California Bar No. 94201
215 No. Marengo Avenue, Suite 328
Pasadena, CA 91101
Tel: (626) 578-9872
dan@nardonilaw.net

Attorney for Defendant,
CLAIRE PATRICIA HAVILAND

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLAIRE PATRICIA HAVILAND, <br><br> Defendant. | Case No. 2:24-CR-00570-WLH-01 <br><br> **UNOPPOSED *EX PARTE* APPLICATION FOR PREPARATION OF A PRE-PLEA PRESENTENCE REPORT LIMITED TO CRIMINAL HISTORY FOR DEFENDANT CLAIRE PATRICIA HAVILAND; DECLARATION OF DANIEL A. NARDONI** |

Defendant CLAIRE PATRICIA HAVILAND., by and through her attorney of record, Daniel A. Nardoni, hereby applies *ex parte* to this Court for an order directing the United States Probation Office to prepare a Pre-Plea Presentence Report limited to CLAIRE PATRICIA HAVILAND'S criminal history category. The government does not oppose the instant application.

This application is based on the attached declaration of Daniel A. Nardoni, the files and records in this case, and any additional evidence or argument that may be presented to the Court

1

prior to ruling on this application. A proposed order has been filed concurrently with this application.

Dated: December 26, 2024       Respectfully submitted,

*Daniel A Nardoni* (e-signature)
DANIEL A. NARDONI
Attorney for Defendant
CLAIRE PATRICIA HAVILAND

## DECLARATION OF DANIEL A. NARDONI

I, Daniel A. Nardoni, declare as follows:

1. I am counsel for defendant CLAIRE PATRICIA HAVILAND in the case of <u>United States v. Claire Patricia Haviland, et al.</u>, Case No. 2:24-CR-00570-WLH-01.

2. I hereby request the preparation of a Pre-Plea Presentence Report for Claire Patricia Haviland limited to her criminal history. Such a report will assist me in correctly determining Ms. Haviland's potential sentencing exposure and accurately advising her regarding her options in this case.

3. On December 26, 2024, I communicated with AUSA Reema El-Amamy regarding her position regarding the instant *ex parte* application. Ms. El-Amamy advised that the Office of the U.S. Attorney has no objection to this *ex parte* request..

4. I have discussed the need for this request with Claire Haviland, and she consents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of December, 2024 at Pasadena, California.

*Daniel A Nardoni* (e-signature)
DANIEL A. NARDONI