**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION-LOS ANGELES**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLAIRE PATRICIA HAVILAND, <br><br> Defendant. | Case No. 2:24-CR-00570-WLH-01 <br><br> **[PROPOSED] ORDER TO PREPARE PRE-PLEA REPORT TO DETERMINE CLAIRE PATRICIA HAVILAND'S CRIMINAL HISTORY CATEGORY** |

GOOD CAUSE HAVING BEEN SHOWN, **IT IS HEREBY ORDERED** that the probation department prepare a pre-plea report to determine Claire Patricia Haviland's criminal history category.

Dated: _____ By: _____
**HON. WESLEY L. HSU**
United States District Judge