JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

CLAIRE PATRICIA HAVILAND, et al.,
CURTIS ALLEN WATSTEIN (45),

Defendant(s)

CASE NUMBER:
CR 2:24-cr-00570-WLH
CV

## WRIT OF HABEAS CORPUS

☒ AD PROSEQUENDUM ☐ AD TESTIFICANDUM

**WHEREAS** the attached application was granted by the Honorable ____________________ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of Centinela State Prison, 2302 Brown Road, Imperial, CA 92251

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **CURTIS ALLEN WATSTEIN** before the Honorable Pedro V. Castillo, Duty Magistrate Judge Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **640**, located at 255 East Temple Street Los Angeles, CA 90012-3332 on **March 13, 2025** at **1:30 p.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable ____________________ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: ____________________

CLERK, U.S. DISTRICT COURT

By: ____________________
Deputy Clerk