# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>v.<br><br>CLAIRE HAVILAND et. al<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-CR-00570-WLH<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

__Claire Haviland__  ☐ Plaintiff ☒ Defendant ☐ Other _____
Name of Party

☒ to substitute __Lauren Noriega, The Noriega Law Firm__ who is
☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

__5455 Wilshire Blvd. FL 21__
Street Address

__Los Angeles, CA 90036__  __Attorneynoriega@yahoo.com__
City, State, Zip  E-Mail Address

__(213) 703-0004__  __(213) 603-5284__  __311728__
Telephone Number  Fax Number  State Bar Number

As attorney of record instead of __Daniel Nardoni__
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☐ GRANTED ☐ DENIED

☐ The Court hereby orders that the request of: _____
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

**Is hereby** ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____      _____
U.S. District Judge/U.S. Magistrate Judge