# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>v.<br><br>CLAIRE HAVILAND<br><br>Defendant(s). | CASE NUMBER 2:24-CR-00570-WLH-1<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [1202]** |

☒ The Court hereby orders that the request of:

__CLAIRE HAVILAND__   ☐ Plaintiff  ☒ Defendant  ☐ Other
Name of Party

☒ to substitute  __LAUREN NORIEGA__  who is
☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

__5455 Wilshire Blvd., 21st Fl__
Street Address

__Los Angeles, CA 90036__                         __attorneynoriega@yahoo.com__
City, State, Zip                                              E-Mail Address

__(213) 703-0004__        __(213) 603-5284__        __311728__
Telephone Number        Fax Number              State Bar Number

As attorney of record instead of  __Daniel Nardoni__
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of: ____
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for  ____

**Is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **June 4, 2025**

_/s/ Wesley L. Hsu_
Wesley L. Hsu, U.S. District Judge