BRUCE K. RIORDAN (Cal. Bar No. 127230)
AUSA, Major Crimes Section
312 N. Spring St., Suite 1300
Los Angeles, CA 90012
Tel. (213) 894-8611

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 24-00570-WLH |
| v. CLAIRE PATRICIA HAVILAND, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF BRUCE K. RIORDAN; [PROPOSED] ORDER SEALING DOCUMENTS; UNDER SEAL DOCUMENTS

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

March 17, 2026
Date

BRUCE K. RIORDAN
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING